# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | : <br> : <br> : | CRIMINAL ACTION |
| v. | : <br> : | No. 19-373 |
| MYLES HANNIGAN<br>*Defendant.* | : <br> : <br> : |  |

## ORDER

**AND NOW**, this **16th** day of **July 2020**, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 29), the government's response (ECF No. 30) and Defendant's reply in support (ECF No. 32), it is hereby **ORDERED** and **DECREED** Defendant's Motion for Compassionate Release (ECF No. 29) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**