# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | **NO. 19-373** |
| v. | : | |
| | : | |
| **MYLES HANNIGAN** | : | |
| | : | |

## ORDER

**AND NOW**, this **22nd** day of **April 2021**, upon consideration of Defendant's Motion for Reconsideration (ECF No. 37), the Government's Response in Opposition (ECF No. 42) and Defendant's Reply (ECF No. 55), it is hereby **ORDERED** and **DECREED** Defendant's Motion for Reconsideration (ECF No. 37) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**