# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | **NO. 19-373** |
| v. | : | |
| | : | |
| **MYLES HANNIGAN** | : | |
| | : | |

## ORDER

**AND NOW**, this **17th** day of **March 2022**, upon consideration of Mr. Hannigan's Motion for Reconsideration of Compassionate Release (ECF No. 59), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

Cc:  U.S. Attorney
     Probation Office
     *Pro Se* Movant

1